|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |

Caption in Compliance with D.N.J. LBR 9004-1( b)

Brian C. Nicholas
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
JPMORGAN CHASE BANK, N.A.

In Re:

Donahue, Kathryn fka Kathryn Strus, dba Food Babbles Donahue, Michael fdba Progressive Rescue, LLC

**Order Filed on December 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:     16-27656 MBK

Chapter: 13

Hearing Date: December 19, 2017
Judge: Michael B. Kaplan

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: December 20, 2017**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>JPMORGAN CHASE BANK, N.A.</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

Land and premises commonly known as Lot , Block ,

■    Personal Property More Fully Describes as: **JM1GJ1V52F1188173 2015 Mazda Mazda6,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Donahue  
Kathryn Donahue  
     Debtors

Case No. 16-27656-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 20, 2017  
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2017.  
db/jdb         +Michael Donahue,    Kathryn Donahue,    78 Flipper Avenue,    Manahawkin, NJ 08050-1831

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2017 at the address(es) listed below:

           Albert    Russo    docs@russotrustee.com  
           Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
           Andrew M. Lubin    on behalf of Creditor    Wells Fargo Bank, N.A. bkecf@milsteadlaw.com,  
            alubin@milsteadlaw.com  
           Brian C. Nicholas    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bnicholas@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           Brian D. Winters    on behalf of Debtor Michael   Donahue kwwlawfirm@aol.com,  
            nancy@kwwlawfirm.com;kimberlylrichterllc@gmail.com  
           Brian D. Winters    on behalf of Joint Debtor Kathryn   Donahue kwwlawfirm@aol.com,  
            nancy@kwwlawfirm.com;kimberlylrichterllc@gmail.com  
           Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,  
            bkgroup@kmllawgroup.com  
           Michael R. DuPont    on behalf of Creditor    Elizabeth NJ Firemen's Federal Credit Union  
            dupont@redbanklaw.com,    dana@redbanklaw.com  
           William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
           William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com  
                                                                                                                      TOTAL: 10