Form clsnodsc − ntcclsnodis

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  16−27656−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Michael Donahue                                        Kathryn Donahue
  fdba Progressive Rescue, LLC            dba Food Babbles, fka Kathryn Strus
  78 Flipper Avenue                                 78 Flipper Avenue
  Manahawkin, NJ 08050                   Manahawkin, NJ 08050

Social Security No.:
  xxx−xx−5443                                          xxx−xx−3880

Employer's Tax I.D. No.:
  38−3765798

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

     You are hereby notified that the above−named case will be closed without entry of discharge on or after December 10, 2020 for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: November 10, 2020
JAN: gan

                                                                                      Jeanne Naughton
                                                                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Michael Donahue  
Kathryn Donahue  
    Debtor(s)

Case No. 16-27656-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 10, 2020 | Form ID: clsnodsc | Total Noticed: 3 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Michael Donahue, Kathryn Donahue, 78 Flipper Avenue, Manahawkin, NJ 08050-1831 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Nov 10 2020 22:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 10 2020 22:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 12, 2020        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | |

| | |
|---|---|
| | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andrew M. Lubin | |
| | on behalf of Creditor Wells Fargo Bank  N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Brian C. Nicholas | |
| | on behalf of Creditor JPMORGAN CHASE BANK  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Brian D. Winters | |
| | on behalf of Debtor Michael Donahue kwwlawfirm@aol.com  garciakww@gmail.com;kimberlylrichterllc@gmail.com |
| Brian D. Winters | |
| | on behalf of Joint Debtor Kathryn Donahue kwwlawfirm@aol.com  garciakww@gmail.com;kimberlylrichterllc@gmail.com |
| Denise E. Carlon | |
| | on behalf of Creditor JPMORGAN CHASE BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kathleen M. Magoon | |
| | on behalf of Creditor Wells Fargo Bank  N.A. kmagoon@logs.com, kathleenmagoon@gmail.com |
| Michael R. DuPont | |
| | on behalf of Creditor Elizabeth NJ Firemen's Federal Credit Union dupont@redbanklaw.com  dana@redbanklaw.com |
| William M.E. Powers | |
| | on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com |
| William M.E. Powers, III | |
| | on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com |

TOTAL: 11