**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael Donahue | Social Security number or ITIN   xxx–xx–5443 |
| | First Name   Middle Name   Last Name | EIN   38-3765798 |
| Debtor 2 (Spouse, if filing) | Kathryn Donahue | Social Security number or ITIN   xxx–xx–3880 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16-27656-MBK | |

# Order of Discharge                                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael Donahue
fdba Progressive Rescue, LLC

Kathryn Donahue
dba Food Babbles, fka Kathryn Strus

12/10/20

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Michael Donahue  
Kathryn Donahue  
    Debtor(s)

Case No. 16-27656-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Dec 10, 2020      Form ID: 3180W      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Donahue, Kathryn Donahue, 78 Flipper Avenue, Manahawkin, NJ 08050-1831 |
| cr | + | Elizabeth NJ Firemen's Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-0610 UNITED STATES 07701-2009 |
| 516600344 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 516392397 | + | Elizabeth NJ Firemen's Federal Credit Un, 411 Irvington Ave, Elizabeth, NJ 07208-2044 |
| 516392398 | + | Encore Receivable Management, Inc., PO Box 3330, Olathe, KS 66063-3330 |
| 516392399 | + | Josh Zozosky, Wells Fargo Home Mortgage, 3476 Stateview Blvd., MAC D3347-016, Fort Mill, SC 29715-7203 |
| 516392400 | + | Mazda Capital, PO Box 78074, Phoenix, AZ 85062-8074 |
| 516392402 | + | Powers Kirn, 728 Marne Highway #200, Moorestown, NJ 08057-3128 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 10 2020 22:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 10 2020 22:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: CAUT.COM | Dec 11 2020 02:03:00 | JPMorgan Chase Bank, PO Box 29505, AZ1-1191, Phoenix, AZ 85038-9505 |
| 516392394 | | EDI: BANKAMER.COM | Dec 11 2020 02:03:00 | Bank of America, PO Box 982238, El Paso, TX 79998 |
| 516392395 | + | Email/Text: bankruptcy@bbandt.com | Dec 10 2020 22:22:00 | BB&T, PO Box 1704, Clemmons, NC 27012-1704 |
| 516510625 | | Email/Text: laura@redbanklaw.com | Dec 10 2020 22:22:00 | Elizabeth NJ Firemen's Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
| 516392396 | | EDI: JPMORGANCHASE | Dec 11 2020 02:03:00 | Chase, PO Box 15153, Wilmington, DE 19886 |
| 516555543 | | EDI: JPMORGANCHASE | Dec 11 2020 02:03:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. BOX 901032, Ft. Worth, TX 76101-2032 |
| 516392401 | + | EDI: RMSC.COM | Dec 11 2020 02:03:00 | PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 516462815 | | EDI: Q3G.COM | Dec 11 2020 02:03:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 516392403 | + | Email/Text: bankruptcy@bbandt.com | Dec 10 2020 22:23:00 | Sheffield FInancial, 6010 Golding Center Dr., Winston Salem, NC 27103-9815 |
| 516392404 | + | EDI: RMSC.COM | Dec 11 2020 02:03:00 | Synchrony Bank, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |

Case 16-27656-MBK    Doc 50    Filed 12/12/20    Entered 12/13/20 00:20:52    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2020 | Form ID: 3180W | Total Noticed: 27 |

| 516394795 | | EDI: RMSC.COM | Dec 11 2020 02:03:00 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 516392405 | + | EDI: RMSC.COM | Dec 11 2020 02:03:00 | Synchrony Bank/Sleepys, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 516392406 | | EDI: USBANKARS.COM | Dec 11 2020 02:03:00 | US Bank, PO Box 2407, Minneapolis, MN 55402 |
| 516392407 | + | EDI: WFFC.COM | Dec 11 2020 02:03:00 | Wells Fargo, PO Box 10335, Des Moines, IA 50306-0335 |
| 516443624 | | EDI: WFFC.COM | Dec 11 2020 02:03:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, PO Box 19657, Irvine, CA 92623-9657 |
| 516464468 | | EDI: WFFC.COM | Dec 11 2020 02:03:00 | Wells Fargo Bank, N.A., Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 516392408 | + | EDI: WFFC.COM | Dec 11 2020 02:03:00 | Wells Fargo Dealer Services, PO Box 25341, Santa Ana, CA 92799-5341 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2020          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Creditor Wells Fargo Bank N.A. bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Brian C. Nicholas | on behalf of Creditor JPMORGAN CHASE BANK N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Brian D. Winters | on behalf of Joint Debtor Kathryn Donahue kwwlawfirm@aol.com garciakww@gmail.com;kimberlylrichterllc@gmail.com |
| Brian D. Winters | on behalf of Debtor Michael Donahue kwwlawfirm@aol.com garciakww@gmail.com;kimberlylrichterllc@gmail.com |
| Denise E. Carlon | |

Case 16-27656-MBK    Doc 50    Filed 12/12/20    Entered 12/13/20 00:20:52    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2020 | Form ID: 3180W | Total Noticed: 27 |

        on behalf of Creditor JPMORGAN CHASE BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Kathleen M. Magoon
        on behalf of Creditor Wells Fargo Bank  N.A. kmagoon@logs.com, kathleenmagoon@gmail.com

Michael R. DuPont
        on behalf of Creditor Elizabeth NJ Firemen's Federal Credit Union dupont@redbanklaw.com  john@redbanklaw.com

William M.E. Powers
        on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

William M.E. Powers, III
        on behalf of Creditor Wells Fargo Bank  N.A. ecf@powerskirn.com

TOTAL: 11